

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00871-CV

**IN RE T SLASH BAR TEXAS, LTD**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                  Irene Rios, Justice
                  Lori I. Valenzuela, Justice

Delivered and Filed: February 26, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a petition for writ of mandamus on December 23, 2024. On February 7, 2025, relator filed an advisory with this court requesting the dismissal of its petition for writ of mandamus—which we construe as a motion to dismiss this original proceeding—because the trial court lifted the abatement in the underlying proceeding and signed a final judgment in relator's favor rendering this original proceeding moot.

After consideration, the court GRANTS the motion. Accordingly, relator's petition for writ of mandamus is DISMISSED.[2]

PER CURIAM

---

[1]This proceeding arises out of Cause No. 11E2403435, styled *T Slash Bar Texas, Ltd., v. Dalila Agiza*, pending in the Justice of the Peace Court, Precinct 1, Place 1, Bexar County, Texas, the Honorable Sylvia M. Ruiz presiding.
[2]We dismiss real party in interest's pending motions as moot.